1  SEMNAR & HARTMAN, LLP
2  Babak Semnar (SBN 224890)
   bob@sandiegoconsumerattorneys.com
3  Jared M. Hartman (SBN 254860)
   jared@sandiegoconsumerattorneys.com
4  400 S. Melrose Dr., Suite 209
   Vista, CA 92081
5  Telephone: (951) 293-4187; Fax: (888) 819-8230

6  Attorneys for Plaintiff, ORLANDO SANCHEZ

7
8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

10
11 ORLANDO SANCHEZ, an individual,           Case No. 5:15-cv-02450-JGB-KK
            Plaintiff,
12     vs.
                                              JOINT NOTICE OF
13 EXPERIAN     INFORMATION                   SETTLEMENT, REQUEST TO
   SOLUTIONS,   INC.;   CORELOGIC             VACATE
14 CREDCO, LLC                                DEADLINES/HEARINGS,
                                              REQUEST TO MAINTAIN
15                                            JURISDICTION FOR 60 DAYS
16          Defendants.
17

18
19     PLEASE TAKE NOTICE, the Parties to this matter—Plaintiff ORLANDO
20 SANCHEZ, Defendant EXPERIAN INFORMATION SOLUTIONS, INC., and
21 Defendant CORELOGIC CREDCO, LLC (collectively, "the Parties")—have
22 reached a settlement as to all claims in this matter.
23     Therefore, the Parties request that the Court vacate all pending
24 dates/deadlines/hearings.  However, the Parties request that the Court maintain
25 jurisdiction for a period of 60 days to give the Parties sufficient time to finalize
26 execution of all settlement terms, and for the Court to enforce the settlement if
27 necessary.  After execution of all terms, the Parties intend to file a joint motion to
28

dismiss the entire matter, with prejudice, with each party to bear its own costs and fees.

By including their respective electronic signatures below, counsel for each party assents to having reviewed this document and assents to its filing.

DATED: 5-19-17                                      Respectfully,

                                                    */s/ Jared M. Hartman*
                                                    Jared M. Hartman, Esq.
                                                    SEMNAR & HARTMAN, LLP
                                                    Attorneys for Plaintiff

DATED: 5-19-17                                      Respectfully,

                                                    */s/ Douglas L. Clark*
                                                    Douglas L. Clark, Esq.
                                                    JONES DAY
                                                    Attorneys for Defendant,
                                                    Experian Information Solutions, Inc.

DATED: 5-19-17                                      Respectfully,

                                                    */s/ Jessica Lohr*
                                                    Jessica Lohr, Esq.
                                                    TROUTMAN SANDERS LLP
                                                    Attorneys for Defendant,
                                                    Corelogic Credco, LLC

# PROOF OF SERVICE

Sanchez v. Experian Information Solutions, Inc.

**Case No.:** 5:15-cv-02450-JGB-KK

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope.
**JOINT NOTICE OF SETTLEMENT** was served on:

| Douglas L. Clark, Esq. | Ronald I. Raether |
|---|---|
| Jones Day | Jessica R. Lohr |
| 12265 El Camino Real, Suite 200 | TROUTMAN SANDERS LLP |
| San Diego, CA 92130-4096 | 5 Park Plaza Suite 1400 |
| Facsimile: 858-314-1150 | Irvine, CA 92614-2545 |
| Attorneys for Defendant, Experian Information Solutions, Inc. | Facsimile: (949) 622-2739 |
| | Attorneys for Defendant, CoreLogic Credco, LLC |

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY ELECTRONIC MAIL)** – Pursuant to stipulation between the parties for e-mail service of all documents and matters pertaining to Plaintiff's Application.

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 5-19-17

*/s/ Jared M. Hartman,*
Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**