SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone: (951) 293-4187; Fax: (888) 819-8230

Attorneys for Plaintiff, ORLANDO SANCHEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO SANCHEZ, an individual,<br>             Plaintiff,<br>     vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.; CORELOGIC CREDCO, LLC<br><br>             Defendants. | Case No. 5:15-cv-02450-JGB-KK<br><br>JOINT MOTION TO DISMISS DEFENDANT CORELOGIC CREDCO, LLC |

   PLEASE TAKE NOTICE, Plaintiff ORLANDO SANCHEZ and Defendant CORELOGIC CREDCO, LLC jointly move to dismiss Defendant CORELOGIC CREDCO, LLC from this matter, with prejudice, with each party to bear its own costs and fees, as all settlement terms with Defendant CORELOGIC CREDCO, LLC have now been fully executed.

   By including their respective electronic signatures below, counsel for each party assents to having reviewed this document and assents to its filing.

///

///

1

1 | DATED: 6-20-17

Respectfully,

*/s/ Jared M. Hartman*
Jared M. Hartman, Esq.
SEMNAR & HARTMAN, LLP
Attorneys for Plaintiff

DATED:  6-20-17

Respectfully,

*/s/ Jessica Lohr*
Jessica Lohr, Esq.
TROUTMAN SANDERS LLP
Attorneys for Defendant,
Corelogic Credco, LLC

# PROOF OF SERVICE

Sanchez v. Experian Information Solutions, Inc.

**Case No.:** 5:15-cv-02450-JGB-KK

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope. **JOINT MOTION TO DISMISS DEFENDANT CORELOGIC CREDCO, LLC** was served on:

| Douglas L. Clark, Esq.<br>Jones Day<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130-4096<br>Facsimile: 858-314-1150<br>Attorneys for Defendant, Experian Information Solutions, Inc. | Ronald I. Raether<br>Jessica R. Lohr<br>TROUTMAN SANDERS LLP<br>5 Park Plaza Suite 1400<br>Irvine, CA 92614-2545<br>Facsimile: (949) 622-2739<br>Attorneys for Defendant, CoreLogic Credco, LLC |
|---|---|

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY ELECTRONIC MAIL)** – Pursuant to stipulation between the parties for e-mail service of all documents and matters pertaining to Plaintiff's Application.

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 6-20-17            */s/ Jared M. Hartman,*
                          Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**