# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO SANCHEZ, an individual,<br>　　　　Plaintiff,<br>　vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.; CORELOGIC CREDCO, LLC<br>　　　　Defendants. | Case No. 5:15-cv-02450-JGB-KK<br><br>ORDER UPON JOINT MOTION TO DISMISS DEFENDANT CORELOGIC CREDCO, LLC |

In this matter, Plaintiff ORLANDO SANCHEZ and Defendant CORELOGIC CREDCO, LLC have jointly moved to dismiss Defendant CORELOGIC CREDCO, LLC from this matter, with prejudice, with each party to bear its own costs and fees, as all settlement terms with Defendant CORELOGIC CREDCO, LLC have now been fully executed.

For good cause shown, the joint motion is GRANTED. Defendant CORELOGIC CREDCO, LLC is dismissed from this matter, with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED: June 26, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　United States District Judge