**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO SANCHEZ, an individual,<br>　　　　Plaintiff,<br>　　vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.; CORELOGIC CREDCO, LLC<br><br>　　　　Defendants. | Case No. 5:15-cv-02450-JGB-KK<br><br>[~~PROPOSED~~] ORDER UPON JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

　　In this matter, Plaintiff ORLANDO SANCHEZ and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. have jointly moved to dismiss action against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. with prejudice, with each party to bear its own costs and fees.

　　For good cause shown, the joint motion is GRANTED. The action against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. is dismissed with prejudice, with each party to bear its own costs and fees.

///
///
///
///
///
///
///

1

As the Court has now already dismissed Defendant CORELOGIC CREDCO, LLC from this matter, with prejudice (*see* Dckt. #65), the clerk is hereby ordered to close its file in its entirety.

IT IS SO ORDERED.

DATED: June 28, 2017

The Honorable Judge of the
U.S. District Court